# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WY4 | F5467326 | A. Dale | 1829 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 04/30/2021  1932 | 36 CFR 261.53(6) |

**Place of Offense:** Twin Creek Area

**Offense Description: Factual Basis for Charge** HAZMAT ☐

Going into or being upon an area that is closed for the protection of wintering wildlife

### DEFENDANT INFORMATION

| Last Name | First | M.I. |
|---|---|---|
| Baker | Mitchell | X |

Street Address: [redacted]

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT → www.cvb.uscourts.gov
$ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: US Magistrate Judge, 145 East Simpson Ave, Jackson WY 83001
Date: _____
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: mailed certified

Original - CVB Copy

*F5467326*   FS-5300-4 (1/2021)

CVB SCAN 07/14/2023 10:35

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident